NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SROURIAN LAW FIRM, P.C.
Daniel Srourian, Esq. [SBN 285678]
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
T: (213) 474-3800 | F: (213) 471-4160
Email: daniel@slfla.com

CLEAR FORM

ATTORNEY(S) FOR:  Plaintiff, Raymond Lopez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Raymond Lopez, individually and on behalf of all
others similarly situated,

Plaintiff(s),

v.

Trust Benefits Technologies, LLC a/k/a Benefits
Technologies, LLC

Defendant(s)

CASE NUMBER:

2:23-cv-09233-AB-JC

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiff Raymond Lopez
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| No known parties have a pecuniary interest in the outcome of this case. | |

November 6, 2023

Date

/s/ Daniel Srourian, Esq.

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Raymond Lopez