**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, Esq. [SBN 285678]
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: 213.474.3800
Facsimile:  213.471.4160
Email: *daniel@slfla.com*

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND LOPEZ AND ALEX CORDOVA,<br><br>Plaintiffs,<br><br>v.<br><br>TRUST BENEFITS TECHNOLOGIES, LLC a/k/a BENEFITS TECHNOLOGIES, LLC,<br><br>Defendant. | Case No.:  2:23-cv-09233-AB-JC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY CASE** |

The parties are pleased to report that they have reached an individual settlement. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the meantime, the parties request that the Court stay the case in its entirety.

Dated: March 29, 2024          Respectfully submitted,

                                                  By: /s/ Daniel Srourian
                                                  Daniel Srourian, Esq.
                                                  Attorney for Plaintiffs

Dated: March 26, 2024          By: /s/ Daniel Lee
                                                  Daniel Lee, Esq.
                                                  Attorney for Defendant

IT IS SO ORDERED.

DATED:_____   _____
                                                HON. ANDRE BIROTTE, JR.