JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LOPEZ AND ALEX CORDOVA,<br><br>  Plaintiff,<br><br>v.<br><br>TRUST BENEFITS TECHNOLOGIES, LLC a/k/a BENEFITS TECHNOLOGIES, LLC,<br><br>  Defendant. | Case No. 2:23-cv-09233-AB-JC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 5, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.