| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Daniel Srourian (SBN 285678)<br>**SROURIAN LAW FIRM, P.C.**<br>3435 Wilshire Blvd. Suite 1710<br>Los Angeles, CA 90010<br>Tel (213) 474-3800<br>Fax (213) 471-4160<br>daniel@slfla.com<br><br>*Attorneys for Plaintiff and the Putative Class* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LOPEZ and ALEX CORDOVA,<br><br>Plaintiffs,<br><br>v.<br><br>TRUST BENEFITS TECHNOLOGIES, LLC A/K/A BENEFITS TECHNOLOGIES, LLC,<br><br>Defendant. | Case No.: 2:23-cv-09233-AB-JC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed: 11/02/2023 |

**PLEASE TAKE NOTICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Raymond Lopez and Alex Cordova ("Plaintiffs") hereby give notice that their claims in this action against Defendant Trust Benefits Technologies, LLC A/K/A Benefits Technologies, LLC ("Defendant") are voluntarily dismissed with prejudice both as to their individual claim and to class claims.

1

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Dated: June 21, 2024

                                    By:      __*/s/ Daniel Srourian*_____

                                                 Daniel Srourian, Esq.
                                                 **SROURIAN LAW FIRM, P.C.**
                                                 3435 Wilshire Blvd. Suite 1710
                                                 Los Angeles, California 90010
                                                 Telephone:   (213) 474-3800
                                                 Facsimile:    (213) 471-4160
                                                 Email:          daniel@slfla.com

                                                 *Counsel for Representative Plaintiff and the Proposed Class(es)*

2

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**